# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Judgment on rehearing rendered and mailed to all parties or counsel of record on March 16, 2022

## REHEARING ACTION: March 16, 2022

**Docket Number: CA20-207 consolidated with CA20-206 & CA20-208**

**EULA BARTIE, ET AL.**
**VERSUS**
**GUZZINO COMMERCIAL, LLC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2013-3206 c/w, 2013-2895 c/w, 2013-3564**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. Van H. Kyzar**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the applications

for rehearing filed by:

1. **Guzzino Commercial, LLC., Industrial Carbon Services, Inc., and Utility Truck and Equipment Company;**

   **AND**

2. **Eula M. Bartie, et al**

have this day been **DENIED.**

cc: Christopher E. John, Counsel for the Appellee
    David Laine Morgan, Counsel for the Appellee
    Ralph Edward Kraft, Counsel for the Appellant
    Thomas John Gayle, Counsel for the Appellant
    Claude P. Devall, Counsel for the Appellee
    J. Lee Hoffoss, Jr., Counsel for the Appellee
    Donald Wayne McKnight, Counsel for the Appellee
    Charles B. Cappel, Counsel for the Appellee